## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

_____

UNITED STATES OF AMERICA,

v.                                                      Criminal No. 01-520 (CCC)

NOLGIE RODRIGUEZ-ZAMO,

Defendant.

_____

## Motion to Restrict

TO THE HONORABLE COURT

COMES NOW the defendant, Nolgie Rodriguez-Zamo, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges and prays as follows:

1. Mr. Rodriguez-Zamo nconcomitantly with the present motion a Motion for Compassionate Release.

2. In order to maintain the privacy of the information contained in the motion, Mr. Rodriguez-Zamo requests leave to file using the *selected parties* viewing restriction. He requests only case participants and this Court have access to the document.

3. The motion is being submitted *selected parties* because it contains information related to Mr. Rodriguez-Zamo and his family's medical prognosis that should remain private.

4. Further, the interest in restricting the Motion for Compassionate Release outweighs the presumption of public access.

5. If the Court has any doubts as to the propriety of the foregoing request or that it remain *selected parties,* Mr. Rodriguez-Zamo moves for an *ex-parte* hearing before the court makes a ruling.

6. This motion to restrict is filed in compliance with Standing Order No. 9, issued by the Honorable Aida M. Delgado-Colon in Misc. No. 03-419.

**WHEREFORE**, it is respectfully requested that the Court take notice of the present motion and that the same be granted.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this February 8th, 2022.

ERIC ALEXANDER VOS
Chief Defender
District of Puerto Rico

*S/Isabel A. Mattina-Leal*
Isabel A. Mattina-Leal
Assistant Federal Public Defender
USDC –PR #306805
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: isabel_mattina@fd.org