IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CRIMINAL NO 01-520(PAD) |
| **[1]** Nolgie Rodriguez-Zamo, | |
| Defendant | |

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys:

1. The United States filed a motion on this same date under the restriction level of Selected Parties. In compliance with the Court's Standing Order No. 9, the United States submits that the referred restriction level is requested given that it is a response to ECF 570, itself filed as Selected Parties, and references information of a sensitive nature.

WHEREFORE, the United States respectfully prays the Court allows that the Motion be filed and remain under the requested restriction level.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 20th of May, 2022.

> W. STEPHEN MULDROW
> United States Attorney
>
> *s/ Myriam Y. Fernandez-Gonzalez*
> Myriam Y. Fernandez-Gonzalez - 218011
> Assistant U.S. Attorney
> Torre Chardón, Room 1201
> 350 Carlos Chardón Ave.
> San Juan, P.R. 00918
> Tel.: (787) 766-5656 / Fax: (787) 766-5326
> Email: myriam.y.fernandez@usdoj.gov

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 20th of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to the attorney of record.

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez
Assistant U.S. Attorney
