# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOLGIE RODRIGUEZ-ZAMO (1)<br><br>Defendant. | CRIMINAL NO. 01-520 (PAD) |

## ORDER

The court agrees with defendant's position and the government's position at Docket No. 576 that compelling and extraordinary circumstances are present and warrant compassionate release. The court **GRANTS** defendant's motion for compassionate release at Docket No. 570 and reduces his sentence to TIME SERVED. The U.S. Probation Office for the District of Puerto Rico and the Federal Bureau of Prisons are directed to develop a release plan for defendant Rodriguez-Zamo and release him per that plan within 14 days of the entry of this order. The clerk is directed to provide notice of this order to all counsel of record.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of May, 2022.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO HERNÁNDEZ<br>
U.S. DISTRICT JUDGE